# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 19-1230**  **September Term, 2023**

EPA-84FR51310
NHTS-84FR51310

**Filed On:** April 9, 2024

Union of Concerned Scientists, et al.,

    Petitioners

    v.

National Highway Traffic Safety Administration,

    Respondent

------------------------------

American Fuel & Petrochemical Manufacturers, et al.,
    Intervenors

------------------------------

Consolidated with 19-1239, 19-1241, 19-1242, 19-1243, 19-1245, 19-1246, 19-1249, 20-1175, 20-1178

# O R D E R

Upon consideration of the court's order filed June 29, 2022, holding these cases in abeyance and the court's disposition in State of Ohio, et al v. EPA, et al, Nos. 22-1081, et al., which were decided on April 9, 2024, it is

**ORDERED**, on the court's own motion, that the parties file motions to govern future proceedings in these cases by May 9, 2024.

                                  **FOR THE COURT:**
                                  Mark J. Langer, Clerk

                    BY:    /s/
                              Daniel J. Reidy
                              Deputy Clerk