# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 19-1230**             **September Term, 2023**

EPA-84FR51310
NHTS-84FR51310

**Filed On: May 10, 2024** [2053775]

Union of Concerned Scientists, et al.,

    Petitioners

    v.

National Highway Traffic Safety Administration,

    Respondent

------------------------------

American Fuel & Petrochemical Manufacturers, et al.,
    Intervenors

------------------------------

Consolidated with 19-1239, 19-1241, 19-1242, 19-1243, 19-1245, 19-1246, 19-1249, 20-1175, 20-1178

## O R D E R

    Upon consideration of the response to request for motions to govern future proceedings, it is

    **ORDERED** that these consolidated cases remain in abeyance pending further order of the court. Motions to govern future proceedings are now due July 9, 2024.

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

                          BY:     /s/
                                          Catherine J. Lavender
                                          Deputy Clerk