<u>ORAL ARGUMENT NOT SCHEDULED</u>

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNION OF CONCERNED SCIENTISTS, et al., | No. 19-1230 |
| Petitioners, | (and consolidated cases) |
| v. | |
| NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION, et al., | |
| Respondents. | |

**JOINT MOTION TO GOVERN FUTURE PROCEEDINGS**

This joint motion to govern future proceedings is submitted by the undersigned Petitioners to these consolidated cases, along with the Federal Agency Respondents, and complies with the Court's February 9, 2022 Order.[1]  Dkt. No. 1934435.  The undersigned parties all agree that these

---

[1] The parties joining this motion are the State and Local Government Petitioners (Case Nos. 19-1239, 19-1241, and 19-1246) with the exception of the Commonwealth of Virginia, Public Interest Petitioners (Case Nos. 19-1230, 19-1243 and 20-1178), Industry Petitioners (Case Nos. 19-1242, 19-1245, 19-1249 and 20-1175), and Respondents National Highway Traffic Safety Administration and the United States Environmental Protection Agency, et al.  Respondent-Intervenor States Ohio et al. filed a separate motion to govern.  Dkt. No. 1942613.  Respondent-Intervenor American Fuel & Petrochemical Manufacturers (AFPM) consents to the present joint

cases should continue to be held in abeyance pending resolution of the

forthcoming challenges to the United States Environmental Protection

Agency's final action entitled "California State Motor Vehicle Pollution

Control Standards; Advanced Clean Car Program; Reconsideration of a

Previous Withdrawal of a Waiver of Preemption," 87 Fed. Reg. 14,332

(March 14, 2022).  Continued abeyance would promote judicial economy

and comport with common sense:  This proposed approach would have the

Court consider the parties' disputes in the context of a newly final agency

action, not rescinded agency actions as Respondent-Intervenor States urge.

And it would allow for the efficient resolution of any remaining issues, if

necessary, upon the conclusion of that review.

## BACKGROUND

These cases involve challenges to actions taken by the National

Highway Traffic Safety Administration (NHTSA) and the Environmental

Protection Agency (EPA) in September 2019.  "The Safer Affordable Fuel-

Efficient (SAFE) Vehicles Rule Part One: One National Program," 84 Fed.

Reg. 51,310 (Sept. 27, 2019) ("the 2019 Actions").  Although the two

---

motion to govern requesting abeyance of all issues, *except* as to the
constitutional issue as to which AFPM supports the position taken in
Respondent-Intervenor States' motion to govern.  *See id.*

agencies' actions were finalized in the same Federal Register notice, each agency took its own separate and distinct actions.  NHTSA promulgated a rule declaring certain state laws preempted under the Energy Policy and Conservation Act of 1975.  *Id.* at 51,311.  EPA's action withdrew portions of a Clean Air Act Section 209(b) preemption waiver it had granted to California in 2013 for its zero-emission-vehicle and greenhouse gas emission standards, and announced an interpretation of Section 177 of the Clean Air Act that would prohibit other States from enforcing California's greenhouse gas emission standards.  *Id.* at 51,328, 51,350.  State and Local Government Petitioners, Public Interest Petitioners, and Industry Petitioners challenged those NHTSA and EPA actions in this Court.

On February 8, 2021, after merits briefing was complete but before oral argument was scheduled, the Court granted a motion filed by Federal Agency Respondents to hold these cases in abeyance pending the Federal Agency Respondents' implementation of an Executive Order directing them to immediately review and potentially rescind or revise the 2019 Actions. Dkt. No. 1884115.  This Court's February 8, 2021 Order required the Federal Agency Respondents to file status reports at 90-day intervals, and to notify the Court and the parties within 7 days of any agency action resulting from their review of the 2019 Actions, or any determination that no action

3

will be taken.  *Id.*  This Court also directed the parties to file a motion or motions to govern further proceedings within 30 days of that notification. *Id.*

NHTSA signed a repeal of its portion of the 2019 Actions on December 21, 2021.  "Corporate Average Fuel Economy (CAFE) Preemption," 86 Fed. Reg. 74,236 (Dec. 29, 2021).[2]  The Federal Agency Respondents filed a notice on December 27, 2021, informing the Court of the signature of the NHTSA action but indicating that EPA had not yet concluded its reconsideration.  Dkt. No. 1928287.  In January 2022, Petitioners, Respondents, and Respondent-Intervenor States Ohio et al. all filed motions to govern requesting the case continue to be held in abeyance.  Dkt. Nos. 1931687 (Ohio et al.), 1932370 (State and Local Gov't Pet'rs), 1932382 (Federal Agency Respondents).  On February 9, 2022, the Court granted the parties' request that the Court continue to hold the cases in abeyance.  Dkt. No. 1934435.  The Court directed the Federal Agency Respondents to notify

---

[2] *See* 86 Fed. Reg. at 74,238 (emphasizing that NHTSA's "final rule repeals all aspects of [its] SAFE I Rule, both the codified regulatory text and the accompanying pronouncements about the scope of CAFE preemption"). No challenges to NHTSA's 2021 repeal have been filed.  All arguments in Respondent-Intervenor States' motion to govern pertain only to EPA's reconsideration rather than NHTSA's separate action.  The United States submits that, accordingly, challenges to NHTSA's portion of the 2019 Actions are moot.

the Court and the other parties within seven days of EPA's action, with motions to govern due within 30 days of that notification. *Id.*

EPA signed a final agency action rescinding its portion of the 2019 Actions on March 9, 2022, and that action was published in the Federal Register shortly thereafter. "California State Motor Vehicle Pollution Control Standards; Advanced Clean Car Program; Reconsideration of a Previous Withdrawal of a Waiver of Preemption; Notice of Decision," 87 Fed. Reg. 14,332 (March 14, 2022). Consistent with the Court's February 9, 2022 Order, the Federal Agency Respondents notified the Court about EPA's action on March 15, 2022, and the undersigned parties are timely submitting this joint motion to govern. *See* Dkt. No. 1939146.

Respondent-Intervenor States Ohio et al., however, filed a separate motion asking the Court to take the cases out of abeyance and proceed to hear argument on the merits of the now repealed and rescinded 2019 Actions. Dkt. No. 1942613 (Apr. 2022 Ohio et al. Mot. to Govern). In their motion, Respondent-Intervenor States represent that "Ohio (along with a group of other States) will soon file a petition challenging [EPA's] rescission [of its portion of the 2019 Actions]." *Id.* at 3. The deadline for any party to file a petition for review challenging that EPA action is May 13, 2022.

# ARGUMENT

It is well within the Court's authority and consistent with its past practice to hold proceedings in abeyance where doing so would promote justice, judicial economy, and expedient resolution of the cases on its docket. *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants"). The Court has relied on this authority to hold proceedings in abeyance where petitions for review challenge an agency's rescission of its prior action, raising the possibility that the Court may vacate those agency actions. *See, e.g., American Petroleum Inst. v. EPA*, No. 13-1108 (D.C. Cir. Dec. 10, 2020) (Dkt. No. 1875192) (granting parties' joint motion to hold proceeding in abeyance pending resolution of later-filed challenges to subsequent agency action); *Murray Energy Corp. v. EPA*, No. 16-1127 (D.C. Cir. Aug. 26, 2020) (Dkt. No. 1858346) (granting joint motion requesting that consolidated cases continue to remain in abeyance in light of challenges to agency action rescinding challenged actions).

Similar circumstances are presented here. Respondent-Intervenor States Ohio et al. have represented that they will file a petition challenging

the rescission of EPA's portion of the 2019 Actions, and that such a challenge may "restore [those portions of the 2019 Actions] under review here." Dkt. No. 1942613 at 3. Until either (1) this Court has disposed of any such petition challenging the rescission of EPA's 2019 Action, or (2) the deadline to file a petition challenging the rescission of EPA's 2019 Action has passed and no petition for review has been filed, abeyance is appropriate.

Continuing to hold these cases in abeyance will allow for the most efficient and orderly resolution of the legal issues raised here, conserving both the Court's and the parties' resources. This Court should consider the parties' disputes not in the context of the rescinded 2019 Actions, which are not now and may never be operative, but in the context of any challenges – including that of Respondent-Intervenor States – to EPA's 2022 action. If EPA's 2022 action is upheld, the pending questions in this litigation will not need to be decided. But in the event parties successfully challenge EPA's 2022 action and so "restore [portions of the 2019 Actions] under review here," abeyance will allow the parties to consider at that time what issues remain to be decided by this Court and proceed swiftly to resolution. *See* Dkt. No. 1942613 (Apr. 2022 Ohio et al. Mot. to Govern) at 3.

Abeyance will not prejudice Respondent-Intervenor States.  They previously asked this Court to hold this case in abeyance, and now assert that they will file a new challenge to EPA's recent rescission of its 2019 Action, raising their equal sovereignty argument directly.  That petition would be the first to raise an equal sovereignty claim against Section 209 of the Clean Air Act (and to provide EPA an opportunity to address such a claim), despite the fact that EPA has granted over 100 waivers for California's vehicle and engine emission standards in the five-and-a-half decades that EPA has administered this provision of the Clean Air Act.  Respondent-Intervenor States' ability to raise those same arguments as petitioners in the forthcoming litigation on EPA's action belies any argument that they will be prejudiced from the abeyance requested here, while their anticipated petition for review is resolved.

## CONCLUSION

The undersigned parties respectfully request that this Court continue to hold this matter in abeyance until either: (1) the deadline to file a petition challenging the March 2022 rescission of EPA's 2019 Action has passed and no petition for review has been filed, or (2) this Court has disposed of any petition filed challenging the March 2022 rescission of EPA's 2019 Action,

with the Parties being required to notify the Court no later than May 30, 2022, as to whether any petition has been filed.

Dated:  April 14, 2022                     Respectfully submitted,

TODD KIM                                        ROB BONTA
Assistant Attorney General              Attorney General of California
                                                      ROBERT W. BYRNE
*/s/ Chloe H. Kolman*                    EDWARD H. OCHOA
CHLOE H. KOLMAN                       Senior Assistant Attorneys General
DANIEL R. DERTKE                       GARY E. TAVETIAN
SUE CHEN                                      DAVID A. ZONANA
Environmental Defense                  Supervising Deputy Attorneys General
Section                                          M. ELAINE MECKENSTOCK
U.S. Department of Justice             LINDSAY N. WALTER
P.O. Box 7611                               Deputy Attorneys General
Washington, D.C.  20044
(202) 514-9277 (Kolman)
(202) 305-0283 (Chen)
chloe.kolman@usdoj.gov
 sue.chen@usdoj.gov                     */s/ Caitlan McLoon*
                                                      CAITLAN MCLOON
                                                      Deputy Attorney General
                                                        300 S. Spring Street, Ste. 1702
                                                        Los Angeles, CA  90013
                                                        Telephone: (213) 269-6438
                                                        Fax: (916) 731-2128
                                                        Email:  Caitlan.McLoon@doj.ca.gov
                                                      *Attorneys for State of California, by and*
                                                      *through its Governor Gavin Newsom, its*
                                                      *Attorney General Rob Bonta, and the*
                                                      *California Air Resources Board*

FOR THE STATE OF COLORADO

PHILIP J. WEISER
Attorney General

*/s/ Scott Steinbrecher*
SCOTT STEINBRECHER
Assistant Deputy Attorney General
DAVID A. BECKSTROM
Assistant Attorney General
Natural Resources and Environment
Section
Ralph C. Carr Colorado Judicial Center
1300 Broadway, Seventh Floor
Denver, Colorado 80203
Office: (720) 508-6287
scott.steinbrecher@coag.gov

FOR THE STATE OF
CONNECTICUT

WILLIAM TONG
Attorney General
MATTHEW I. LEVINE
Deputy Associate Attorney
General

*/s/ Scott N. Koschwitz*
SCOTT N. KOSCHWITZ
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06106
Telephone: (860) 808-5250
Fax: (860) 808-5386
Scott.Koschwitz@ct.gov

FOR THE STATE OF DELAWARE

KATHLEEN JENNINGS
Attorney General

*/s/ Christian Douglas Wright*
CHRISTIAN DOUGLAS WRIGHT
Director of Impact Litigation
RALPH K. DURSTEIN III
JAMESON A.L. TWEEDIE
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
Christian.Wright@delaware.gov
Ralph.Durstein@delaware.gov
Jameson.Tweedie@delaware.gov

FOR THE STATE OF HAWAII

HOLLY T. SHIKADA
Attorney General

*/s/ Lyle T. Leonard*
LYLE T. LEONARD*
Deputy Attorney General
465 S. King Street, #200
Honolulu, Hawaii 96813
(808) 587-3050
lyle.t.leonard@hawaii.gov
*D.C. Circuit admission pending

FOR THE STATE OF ILLINOIS

KWAME RAOUL
Attorney General

*/s/ Jason E. James*
JASON E. JAMES
Assistant Attorney General
MATTHEW J. DUNN
Chief, Environmental Enforcement
Asbestos Litigation Division
69 W. Washington St., 18th Floor
Chicago, IL 60602
(312) 814-0660
jason.james@ilag.gov

FOR THE STATE OF MARYLAND

BRIAN E. FROSH
Attorney General

*/s/ Cynthia M. Weisz*
CYNTHIA M. WEISZ
Assistant Attorney General
Office of the Attorney General
Maryland Department of the Environment
1800 Washington Blvd.
Baltimore, MD 21230
(410) 537-3014
cynthia.weisz2@maryland.gov

JOSHUA M. SEGAL
Special Assistant Attorney General
Office of the Attorney General
200 St. Paul Place
Baltimore, MD  21202
(410) 576-6446
jsegal@oag.state.md.us

FOR THE STATE OF MAINE

AARON M. FREY
Attorney General

*/s/ Laura E. Jensen*
LAURA E. JENSEN
Assistant Attorney General
6 State House Station
Augusta, ME 04333
Telephone: (207) 626-8868
Fax: (207) 626-8812
Laura.Jensen@maine.gov

FOR THE STATE OF
MINNESOTA

KEITH ELLISON
Attorney General

*/s/ Peter Surdo*
PETER N. SURDO
Special Assistant Attorney General
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2127
(651) 757-1061
peter.surdo@ag.state.mn.us

11

FOR THE STATE OF NEVADA

AARON D. FORD
Attorney General

*/s/ Heidi Parry Stern*
HEIDI PARRY STERN
Solicitor General
DANIEL P. NUBEL
Deputy Attorney General
Office of the Nevada Attorney General
100 N. Carson Street
Carson City, NV 89701
HStern@ag.nv.gov

FOR THE STATE OF NEW MEXICO

HECTOR BALDERAS
Attorney General

*/s/ Bill Grantham*
BILL GRANTHAM
Assistant Attorney General
Consumer & Environmental Protection Div.
New Mexico Office of the Attorney General
201 Third Street NW, Suite 300
Albuquerque, NM 87102
Tel: (505) 717-3520
wgrantham@nmag.gov

FOR THE STATE OF NEW JERSEY

MATTHEW J. PLATKIN
Acting Attorney General

*/s/ Lisa J. Morelli*
LISA J. MORELLI
Deputy Attorney General
New Jersey Division of Law
25 Market Street
Trenton, New Jersey 08625
Tel: (609) 376-2745
Lisa.Morelli@law.njoag.gov

FOR THE STATE OF NEW YORK

LETITIA JAMES
Attorney General

JUDITH VALE
Deputy Solicitor General
YUEH-RU CHU
Chief, Affirmative Litigation Section
Environmental Protection Bureau
AUSTIN THOMPSON
ASHLEY GREGOR
Assistant Attorneys General

*/s/ Gavin G. McCabe*
GAVIN G. MCCABE
Assistant Attorney General
28 Liberty Street, 19th Floor
New York, NY 10005
Telephone: (212) 416-8469
gavin.mccabe@ag.ny.gov

FOR THE STATE OF NORTH
CAROLINA

JOSHUA H. STEIN
Attorney General
DANIEL S. HIRSCHMAN
Senior Deputy Attorney General
FRANCISCO BENZONI
Special Deputy Attorney General

*/s/ Asher P. Spiller*
ASHER P. SPILLER
TAYLOR CRABTREE
Assistant Attorneys General
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602
Telephone: (919) 716-6400
Aspiller@ncdoj.gov

FOR THE STATE OF RHODE ISLAND

PETER F. NERONHA
Attorney General

*/s/ Nicholas M. Vaz*
NICHOLAS M. VAZ
Special Assistant Attorney General
Office of the Attorney General
Environmental and Energy Unit
150 South Main Street
Providence, Rhode Island 02903
Telephone: (401) 274-4400 ext. 2297
nvaz@riag.ri.gov

FOR THE STATE OF OREGON

ELLEN F. ROSENBLUM
Attorney General

*/s/ Paul Garrahan*
PAUL GARRAHAN
Attorney-in-Charge
STEVE NOVICK
Special Assistant Attorney General
Natural Resources Section
Oregon Department of Justice
1162 Court Street NE
Salem, Oregon 97301-4096
(503) 947-4593
Paul.Garrahan@doj.state.or.us
Steve.Novick@doj.state.or.us

FOR THE STATE OF
VERMONT

THOMAS J. DONOVAN, JR.
Attorney General

*/s/ Nicholas F. Persampieri*
NICHOLAS F. PERSAMPIERI
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3171
nick.persampieri@vermont.gov

FOR THE STATE OF WASHINGTON

ROBERT W. FERGUSON
Attorney General

*/s/ Christopher H. Reitz*
CHRISTOPHER H. REITZ
Assistant Attorney General
Office of the Attorney General
P.O. Box 40117
Olympia, WA 98504
Telephone: (360) 586-4614
chris.reitz@atg.wa.gov

FOR THE STATE OF WISCONSIN

JOSHUA L. KAUL
Attorney General of Wisconsin

*/s/ Gabe Johnson-Karp*
GABE JOHNSON-KARP
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53702-7857
Telephone: (608) 267-8904
Fax: (608) 294-2907
johnsonkarpg@doj.state.wi.us

FOR THE COMMONWEALTH
OF MASSACHUSETTS

MAURA HEALEY
Attorney General

CHRISTOPHE COURCHESNE
Assistant Attorney General and
Deputy Chief
CAROL IANCU
Assistant Attorney General
MEGAN M. HERZOG
DAVID S. FRANKEL
Special Assistant Attorneys
General

*/s/ Matthew Ireland*
MATTHEW IRELAND
Assistant Attorney General
Office of the Attorney General
Energy and Environment Bureau
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 727-2200
matthew.ireland@mass.gov

14

FOR THE COMMONWEALTH OF
PENNSYLVANIA

JOSH SHAPIRO
Attorney General
MICHAEL J. FISCHER
Executive Deputy Attorney General
JACOB B. BOYER
Deputy Attorney General


*/s/ Ann R. Johnston*
ANN R. JOHNSTON
Senior Deputy Attorney General
Office of Attorney General
1600 Arch St. Suite 300
Philadelphia, PA 19103
Telephone: (215) 560-2171
ajohnston@attorneygeneral.gov

FOR THE PEOPLE OF THE
STATE OF MICHIGAN

DANA NESSEL
Attorney General

*/s/ Neil D. Gordon*
NEIL D. GORDON
GILLIAN E. WENER
Assistant Attorneys General
Michigan Department of Attorney
General
Environment, Natural Resources
and Agriculture Division
P.O. Box 30755
Lansing, MI 48909
Telephone: (517) 335-7664
gordonn1@michigan.gov

FOR THE DISTRICT OF COLUMBIA

KARL A. RACINE
Attorney General


/s/ Caroline S. Van Zile
CAROLINE S. VAN ZILE
Solicitor General
Office of the Attorney General for the
District of Columbia
400 6th Street, NW, Suite 8100
Washington, D.C. 20001
Telephone: (202) 724-6609
Fax: (202) 741-0649
Caroline.VanZile@dc.gov

FOR THE CITY OF LOS
ANGELES

MICHAEL N. FEUER
Los Angeles City Attorney
MICHAEL J. BOSTROM
Assistant City Attorney


/s/ Michael J. Bostrom
Michael J. Bostrom
Assistant City Attorney
200 N. Main Street, 6th Floor
Los Angeles, CA 90012
Telephone: (213) 978-1867
Fax: (213) 978-2286
Michael.Bostrom@lacity.org


FOR THE CITY OF NEW YORK

HON. SYLVIA O. HINDS-RADIX
New York City Corporation Counsel
ALICE R. BAKER
Senior Counsel


/s/ Christopher G. King
CHRISTOPHER G. KING
Senior Counsel
New York City Law Department
100 Church Street
New York, NY 10007
(212) 356-2074
cking@law.nyc.gov

FOR THE CITY AND COUNTY
OF SAN FRANCISCO

DENNIS J. HERRERA
City Attorney


/s/ Robb Kapla
ROBB KAPLA
Deputy City Attorney
Office of the City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102
(415) 554-4647
robb.kapla@sfcityatty.org

FOR THE SACRAMENTO
METROPOLITAN AIR QUALITY
MANAGEMENT DISTRICT

*/s/ Kathrine Pittard*
KATHRINE PITTARD
District Counsel
Sacramento Metropolitan Air Quality
Mgmt. District
777 12th Street
Sacramento, CA 95819
Telephone: (916) 874-4907
Fax: (916) 874-4899
KPittard@airquality.org


FOR THE BAY AREA AIR QUALITY
MANAGEMENT DISTRICT

*/s/ Randi Wallach*
Randi Wallach
Bay Area Air Quality Mgmt. District
375 Beale Street, Suite 600
San Francisco, CA 94105
Telephone: (415) 749-4920
Fax: (415) 749-5103
rwallach@baaqmd.gov

FOR THE SOUTH COAST AIR
QUALITY MANAGEMENT
DISTRICT

BAYRON GILCHRIST, General
Counsel
BARBARA BAIRD, Chief Deputy
Counsel

*/s/ Brian Tomasovic*
BRIAN TOMASOVIC
KATHRYN ROBERTS
South Coast Air Quality Mgmt.
District
21865 Copley Dr., Diamond Bar,
CA 91765
Telephone: (909) 396-3400
Fax: (909) 396-2961
BTomasovic@aqmd.gov

MAYA GOLDEN-KRASNER
Center for Biological Diversity
660 S. Figueroa Street
Suite 1000
Los Angeles, CA 90017
213-785-5404
mdgoldenkrasner@biologicaldiversity.org

*Counsel for the Center for Biological
Diversity*

ARIEL SOLASKI
JON A. MUELLER
Chesapeake Bay Foundation, Inc.
6 Herndon Avenue
Annapolis, MD 21403
(443) 482-2173
asolaski@cbf.org

*Counsel for Chesapeake Bay
Foundation, Inc.*

SHANA LAZEROW
Communities For A Better Environment
6325 Pacific Boulevard, Suite 300
Huntington Park, CA 90255
(323) 826-9771
slazerow@cbecal.org

*Counsel for Communities For A Better
Environment*

EMILY K. GREEN
Conservation Law Foundation
53 Exchange Street, Suite 200
Portland, ME 04101
(207) 210-6439
egreen@clf.org

*Counsel for Conservation Law
Foundation*

VICKIE L. PATTON
PETER M. ZALZAL
ALICE HENDERSON
Environmental Defense Fund
2060 Broadway, Suite 300
Boulder, CO 80302
(303) 447-7215
vpatton@edf.org

SEAN H. DONAHUE
Donahue, Goldberg & Littleton
1008 Pennsylvania Avenue SE
Washington, DC 20003
sean@donahuegoldberg.com
(202) 277-7085
sean@donahuegoldberg.com

*Counsel for Environmental Defense Fund*

ANN JAWORSKI
Environmental Law & Policy
Center
35 East Wacker Drive, Suite 1600
Chicago, IL 60601
(312) 795-3711
ajaworski@elpc.org

*Counsel for Environmental Law &
Policy Center*

IAN FEIN
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
(415) 875-6100
ifein@nrdc.org

DAVID D. DONIGER
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
(202) 289-6868
ddoniger@nrdc.org

*Counsel for Natural Resources Defense
Council, Inc.*

SCOTT L. NELSON
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
snelson@citizen.org

*Counsel for Public Citizen, Inc. and
Environment America*

JOANNE SPALDING
ANDREA ISSOD
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5725
joanne.spalding@sierraclub.org

PAUL CORT
REGINA HSU
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
(415) 217-2077
pcort@earthjustice.org

VERA PARDEE
726 Euclid Avenue
Berkeley, CA 94708
(858) 717-1448
pardeelaw@gmail.com

*Counsel for Sierra Club*

SEAN A. LEV
JESSICA MORTON
Democracy Forward Foundation
PO Box 34553
Washington, DC 20043
(202) 701-1771
jmorton@democracyforward.org

*Counsel for Union of Concerned
Scientists*

JEFFERY S. DENNIS
Managing Director and General Counsel
Advanced Energy Economy
1000 Vermont Ave., NW, Suite 300
Washington, D.C. 20005
(202) 383-1950
jdennis@aee.net

*Counsel for Advanced Energy Economy*


KEVIN POLONCARZ
MARTIN LEVY
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, 54th Floor
San Francisco, CA 94105-2533
(415) 591-7070
kpoloncarz@cov.com

*Counsel for Calpine Corporation,
Consolidated Edison, Inc., National Grid
USA, New York Power Authority, and
Power Companies Climate Coalition*

STACEY L. VANBELLEGHEM
DEVIN M. O'CONNOR
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
(202) 637-2200
stacey.vanbelleghem@lw.com

*Counsel for National Coalition for
Advanced Transportation*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2) because it contains 1,852 words. I further certify that this motion complies with the typeface requirements of Federal Rules of Appellate Procedure 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared using a proportionally spaced typeface (Times New Roman) in 14-point font.

Dated:     April 14, 2022                          */s/ Caitlan McLoon*

Caitlan McLoon
*Attorney for State of California, by and through its Governor Gavin Newsom, its Attorney General Rob Bonta, and the California Air Resources Board*

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2022 I electronically filed the foregoing

motion with the Clerk of the Court for the United States Court of Appeals for the

District of Columbia Circuit using the Court's CM/ECF system.

I further certify that all parties are participating in the Court's CM/ECF

system and will be served electronically by that system.


Dated:    April 14, 2022                      */s/ Caitlan McLoon*

                                              Caitlan McLoon
                                              *Attorney for State of California, by and*
                                              *through its Governor Gavin Newsom,*
                                              *its Attorney General Rob Bonta, and*
                                              *the California Air Resources Board*